IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JAMES PRICE, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS COUNTY CORRECTIONS, <br><br> Defendant. | **8:21CV355** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On September 28, 2021, the Clerk of the Court sent to Plaintiff a Memorandum and Order (Filing 8) granting Plaintiff's Motion for Leave to Proceed IFP and directing him to file an initial partial filing fee of $10.36 within 30 days. When Plaintiff failed to pay the fee, the court issued a Memorandum and Order on November 3, 2021, giving Plaintiff 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. (Filing 9.) On November 15, 2021, the Memorandum and Order was returned to the court as undeliverable. (Filing 10.) The most recent docket-sheet entry indicates that the Clerk of Court has not resent the Memorandum and Order, noting "Mail not resent, no forwarding address." (Filing 10.)

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have 20 days from the date of this Memorandum and Order to apprise the court of his current address, in the absence of which this matter will be dismissed without prejudice and without further notice;

2. The Clerk of Court shall send this Memorandum and Order to the Plaintiff's last-known address; and

3. The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: December 6, 2021—deadline for informing court of address.

DATED this 16th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge