IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL JAMES PRICE,

Plaintiff,

vs.

DOUGLAS COUNTY CORRECTIONS,

Defendant.

8:21CV355

**MEMORANDUM AND ORDER**

This matter is before the court on its own motion. On November 3, 2021, Plaintiff was given 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. The court cautioned Plaintiff that in absence of cause shown, this case would be dismissed without prejudice and without further notice. (Filing 9.) The court's Memorandum and Order was returned to the court as undeliverable, and the court was unable to resend it because there was no forwarding address on record. (Filing 10.) The court sent another Memorandum and Order to Plaintiff on November 16, 2021, granting him 20 days to inform the court of his current address, in the absence of which this matter would be dismissed without prejudice and without further notice. (Filing 11.) That order was also returned to the court as undeliverable, with no forwarding address on file. (Filing 12.)

Contrary to the court's order, Plaintiff has failed to notify the court of any changes to his address. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).

IT IS THEREFORE ORDERED that Plaintiff's claims against the Defendant are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 29th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge